**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MICHAEL ALONZA RUFUS, #99284-071**                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:08-cv-303-DCB-MTP**

**KATON LEE VARNADO, et al.**                                        **DEFENDANTS**

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the

memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby,

dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the    7th    day of December, 2009.


      s/ David Bramlette
      UNITED STATES DISTRICT JUDGE